UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

| In Re: | Case No.: 08-49650 |
|---|---|
| Annie P Henry | Chapter 13 |
| Debtor | Judge: Thomas J Tucker |

## BENEFICIAL'S EX PARTE MOTION
## TO RESTRICT PUBLIC ACCESS TO PROOF OF CLAIM 1-1

Now comes Beneficial (hereinafter "Creditor"), a secured creditor in the above-captioned case, and moves this Honorable Court to Restrict Public Access to Proof of Claim number 1-1 filed herein. As grounds for this Motion, Creditor states that there is personal information included therein that needs to be redacted. Therefore, Creditor respectfully requests this Honorable Court sign and enter the Order tendered herewith as Exhibit A, or an order of its choosing, which allows for an amended Proof of Claim to be filed which will redact such personal information.

Respectfully Submitted,

/S/ D. Anthony Sottile
_____
D. Anthony Sottile (OH-0075101)
Gerner & Kearns Co., L.P.A.
One Riverfront Place, 6th Flr.
Newport, KY 41071
Phone: (513) 241-7722
Fax: (859) 292-5374
bankruptcies@gernerlaw.com
Attorney for Movant

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing was served by the method set forth below, upon the below listed parties, on Monday, June 25th, 2012.

**By Notice of Electronic Filing To:**

 Tammy L. Terry, Trustee
 Buhl Building
 535 Griswold
 Suite 2100
 Detroit, MI 48226

 US Trustee,
 211 West Fort Street, Suite 700
 Detroit, MI 48226

 Rose Mons Hooper, Attorney for Debtor
 17380 Livernois Avenue
 Detroit, MI 48221
 dsk@rosemonshooper.com

**By United States Mail To:**

 Annie P Henry
 661 Merton Road
 Apt. 1
 Detroit, MI 48203

        /S/ D. Anthony Sottile
        _____
        D. Anthony Sottile (OH-0075101)
        Gerner & Kearns Co., L.P.A.
        One Riverfront Place, 6th Flr.
        Newport, KY 41071
        Phone: (513) 241-7722
        Fax: (859) 292-5374
        bankruptcies@gernerlaw.com
        Attorney for Movant

**Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

| | |
|---|---|
| In Re: | Case No.: 08-49650 |
| Annie P Henry | Chapter 13 |
| Debtor | Judge: Thomas J Tucker |

### ORDER ON BENEFICIAL'S EX PARTE MOTION TO RESTRICT PUBLIC ACCESS TO PROOF OF CLAIM 1-1

This matter having come before this Honorable Court upon motion by the Creditor, Beneficial, and this Court being duly advised in all respects;

**IT IS HEREBY ORDERED AND ADJUDGED** that said Creditor`s Ex Parte Motion to Restrict Public Access to Proof of Claim 1-1 filed herein is **GRANTED**. The Creditor shall be given fourteen (14) days from the entry of this Order in which to file an Amended Proof of Claim.